UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BRUCE LAVALLEE,<br><br>        Petitioner,<br><br>    v.<br><br>J. MacDONALD, Warden,<br><br>        Respondent. | No. 2:16-cv-0611-EFB P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding without counsel seeking a writ of habeas corpus. In addition to his application for a writ of habeas corpus, he seeks leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915(a). However, petitioner's requests were not filed on the forms used by this district and it is not clear whether petitioner seeks habeas corpus relief pursuant to 28 U.S.C. § 2254 or 28 U.S.C. § 2241.

The court requires that all petitions for writs of habeas corpus be filed on the proper form, which is provided by this court. L.R. 190(b); *see also* Rule 2(c)-(d), Fed. R. Governing § 2254 Cases. Thus, petitioner must re-file his petition using the proper form. Petitioner must properly complete the court's application form and respond to the questions asked therein. Although petitioner may submit a separate memorandum to support his petition for relief, the court's application form must contain all relevant claims, and must provide the court with all necessary information. *See* L.R. 190(e); Rule 2(c), Fed. R. Governing § 2254 Cases.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis (ECF No. 2) is denied without prejudice. Petitioner shall submit, within 30 days from the date of this order, a completed application to proceed in forma pauperis.

2. The petition (ECF No. 1) is dismissed with leave to file an amended petition within 30 days of the date of this order. Any amended petition must be filed on the applicable form employed by this court and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition."

3. The Clerk of the Court is directed to send petitioner a new Application to Proceed In Forma Pauperis By a Prisoner and the court's forms for applications for writ of habeas corpus pursuant to § 2241 and § 2254.

4. Petitioner's failure to comply with this order may result in dismissal of this action.

DATED: May 4, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE