UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BRUCE LAVALEE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. MACDONALD,<br><br>　　　　　Respondent. | No.  2:16-cv-0611-EFB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　Petitioner is a state prisoner proceeding without counsel on a petition for a writ of habeas corpus.  The court dismissed the original petition with leave to amend because it was not filed on the proper form and it was not clear whether petitioner sought habeas corpus relief pursuant to 28 U.S.C. § 2254 or 28 U.S.C. § 2241.  The amended petition (ECF No. 6) is now before the court for screening.

　　　Under Rule 4 of the Rules Governing Section 2254 Cases, the court is required to conduct a preliminary review of all petitions for writ of habeas corpus and summarily dismiss any petition if it is plain that the petitioner is not entitled to relief.  *See* Rules 1(b) & 4, Rules Governing Section 2254 Cases.  The court requires that all petitions for writs of habeas corpus be filed on the proper form, which is provided by this court.  L.R. 190(b); *see also* Rule 2(c)-(d), Fed. R. Governing § 2254 Cases.

/////

1       The amended petition does not materially differ from the original petition.  Once again,
2  petitioner has not used the proper form for seeking habeas relief, and as drafted, the court cannot
3  determine the nature of petitioner's intended grounds for relief or discharge its duty under Rule 4.
4  *See* L.R. 190(e); Rule 2(c), Fed. R. Governing § 2254 Cases.  Petitioner has failed to comply with
5  this court's orders and it appears that another opportunity to amend the petition would be futile.
6  *See* L.R. 110, 183(a).
7       Accordingly, it is ORDERED that the Clerk of the Court shall randomly assign a United
8  States District Judge to this action.
9       Further, it is RECOMMENDED that this action be dismissed.
10      These findings and recommendations are submitted to the United States District Judge
11 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
12 after being served with these findings and recommendations, any party may file written
13 objections with the court and serve a copy on all parties.  Such a document should be captioned
14 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
15 shall be served and filed within fourteen days after service of the objections.  Failure to file
16 objections within the specified time may waive the right to appeal the District Court's order.
17 *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir.
18 1991).  In his objections petitioner may address whether a certificate of appealability should issue
19 in the event he files an appeal of the judgment in this case.  *See* Rule 11, Rules Governing Section
20 2254 Cases (the district court must issue or deny a certificate of appealability when it enters a
21 final order adverse to the applicant).
22 DATED: June 14, 2016.

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE